# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY W. SCHILLACI,<br><br>    Plaintiff,<br><br>    v.<br><br>CARGILL MEAT SOLUTIONS,<br><br>    Defendant. | CIVIL ACTION NO. 3:CV-12-561<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 17th day of December, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Cargill Meat Solutions' Partial Motion to Dismiss the Amended Complaint (Doc. 18) is **GRANTED**.

(2) Plaintiff Timothy W. Schillaci's claims for age discrimination and wrongful discharge are **DISMISSED with prejudice**.

(3) Plaintiff's failure to accommodate claims are **DISMISSED without prejudice**. Plaintiff has **twenty-one (21) days** from the date of entry of this Order to properly plead his failure to accommodate claims; otherwise, the claims will be dismissed with prejudice.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge