# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**TIMOTHY W. SCHILLACI,**           :

                                            :

     **Plaintiff**           :           **CIVIL ACTION NO. 3:12-0561**

                                            :

     **v.**           :

                                            :           **(JUDGE MANNION)**

**CARGILL MEAT SOLUTIONS CORP.,**           :

     **Defendant**           :

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion for summary judgment, **(Doc. 40)**, is **GRANTED**;

**(2)** the Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff; and

**(3)** the Clerk of Court is ordered to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  September 15, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0561-01-order.wpd